UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEVAN R. LUCERO, an individual, et al.,<br><br>                                Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a Government Entity, et al.,<br><br>                                Defendants. | Case No.: 22-CV-1045 JLS (NLS)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

   Presently before the Court is the Complaint filed by Plaintiff Estevan R. Lucero (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

   **IT IS SO ORDERED.**

Dated: July 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge